1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   Mag. No. 08-mj-0243 EFB
12              Plaintiff,           )
                                    )   STIPULATION AND ORDER
13         v.                        )   CONTINUING PRELIMINARY HEARING
                                    )   AND EXCLUDING TIME
14 JESUS GONZALEZ-OCHOA, and         )
   MARIA GONZALEZ-OCHOA,            )
15                                   )
                Defendants.          )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between Assistant United States

19 Attorney Jason Hitt, counsel for the plaintiff United States of

20 America, and defendant Jesus GONZALEZ-OCHOA, by and through his

21 counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and

22 through her counsel Ronald Peters, Esq., and that good cause exists

23 to extend the preliminary hearing currently set for September 10,

24 2008, at 2:00 p.m. to October 17, 2008, pursuant to Federal Rule of

25 Criminal Procedure 5.1(d).

26     Good cause exists to extend the time for the preliminary

27 hearing within meaning of Rule 5.1(d) because discovery has been

28 provided to the defense and the parties are engaged in talks

                                1

1  regarding a pre-indictment resolution of the case against both

2  defendants.  The defendants agrees that a continuance of the

3  preliminary hearing date will not prejudice either of them because a

4  pre-indictment resolution could result in an overall sentencing

5  exposure that is significantly reduced for each defendant.  All

6  counsel believe a resolution on this case may occur within the next

7  two months.

8      Counsel further stipulate that the time between September 10,

9  2008, and October 17, 2008, should be excluded from the calculation

10 of the Speedy Trial Act.  This stipulation is based upon the

11 government having provided discovery and has agreed to draft plea

12 agreements for each defendant.  Once each plea agreement is

13 provided, counsel for both defendants will need time to review the

14 terms of the plea agreements with their clients and discuss their

15 implications with each defendant.  As a result, the parties

16 stipulate that the ends of justice are served by the Court excluding

17 such time, so that counsel for the defendant may have reasonable

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1   time necessary for effective preparation, taking into account the

2   exercise of due diligence.   18 U.S.C. § 3161(h)(8)(B)(iv); Local

3   Code T4.

4

5   Dated: September 8, 2008 _____/s/Jason Hitt_____

6   _____                          JASON HITT
                                     Assistant U.S. Attorney

7   Dated: September 8, 2008 _____/s/Jason Hitt_____
                                     JOHN VIRGA, ESQ.
8                                    Counsel for defendant Jesus
                                     GONZALEZ-OCHOA
9                                    Authorized to sign for Mr. Virga
                                     on 09-08-08
10

11  Dated: September 8, 2008 _____/s/Jason Hitt_____
                                     RONALD PETERS, ESQ.
12                                   Counsel for defendant Maria
                                     GONZALEZ-OCHOA
13                                   Authorized to sign for Mr. Peters
                                     on 09-08-08
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Based upon the representations by counsel and the stipulation
2 of the parties, **IT IS HEREBY ORDERED** that:
3    1.   The Court finds good cause to extend the Preliminary
4 Hearing currently set for September 10, 2008, to October 17, 2008,
5 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
6    2.   Based upon the above representations and stipulation of
7 the parties, the Court further finds that the ends of justice
8 outweigh the best interest of the public and the defendants in a
9 speedy trial.  Accordingly, time under the Speedy Trial Act shall be
10 excluded through October 17, 2008.
11
12    IT IS SO ORDERED.
13 Date:09/10/08                    /s/ Gregory G. Hollows
14                                  _____
                                    UNITED STATES MAGISTRATE JUDGE
15 gonzalez243.ord
16
17
18
19
20
21
22
23
24
25
26
27
28