1  John E. Virga, Esq.  (State Bar # 39451)
   JOHN E. VIRGA, INC.
2  A Professional Corporation
   721 Eleventh Street
3  Sacramento, CA  95814
   Telephone:  (916) 444-6595
4  Facsimile:  (916) 444-3318

5  Attorney for Defendant
   Jesus Gonzalez-Ochoa

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA              Case No.  08-mj-0243 EFB
                                         **ORDER CONTINUING**
11              Plaintiff,               **PRELIMINARY   HEARING   AND**
                                         **EXCLUDING TIME**
12 vs.
                                         Court:      Hon. Edmund F. Brennan
13 JESUS GONZALEZ-OCHOA and              Time:       2:00 p.m.
14 MARIA GONZALEZ-OCHOA                  Date:       July 23, 2009

15              Defendants.
                            _____/
16
17          IT IS HEREBY STIPULATED by and between Assistant United States

   Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus
18
   Gonzalez-Ochoa, by and through his counsel John Virga, Esq., and defendant Maria
19
   Gonzalez-Ochoa, by and through her counsel Ronald Peters, Esq., and that good cause exists
20
   to extend the preliminary hearing currently set for July 23, 2009 at 2:00 p.m. to August 26,
21
   2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).
22
23          Good cause exists to extend the time for the preliminary hearing within the

   meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties
24
   are engaged in talks regarding a pre-indictment resolution of the case against both
25
   defendants.   All parties agree that a continuance of the preliminary hearing date will not
26
   prejudice either of them because a pre-indictment resolution could result in an overall
27
   sentencing exposure that is significantly reduced for each defendant.  All counsel believe a
28

1   resolution on this case may occur within the next two months.

2          Counsel further stipulate that an exclusion of time from July 23, 2009 to

3   August 26, 2009, is appropriate under the Speedy Trial Act because the government has

4   provided discovery, and has agreed to draft plea agreements for each defendant.   As a result

5   counsel for both  parties believe time should be excluded under Local Code T4 to allow

6   reasonable time to prepare defense of the case.  18 U.S.C. section 3161(h)(8)(B)(iv).

7

8   Dated:  July 22, 2009

/s/ John Virga
_____
JOHN E. VIRGA
Counsel for defendant Jesus
Gonzalez-Ochoa

9

10

11  Dated:  July 22, 2009

/s/ John Virga
_____
RONALD PETERS
Counsel for defendant Maria
Gonzalez-Ochoa
Authorized to sign for Mr. Peters on 07/22/09

12

13

14

15

16  Dated:  July 22, 2009

/s/ John Virga
_____
JASON HITT
Assistant United States Attorney
Authorized to sign for Mr. Hitt on 07/22/09

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

[1]   The Preliminary Hearing currently scheduled for July 23, 2009 at 2:00 p.m. is VACATED, and continued until August 26, 2009 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

[2]   The Court further finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through August 26, 2009.

Dated:  July 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE